David E. **BROWN**, Plaintiff, Appellant,

v.

Michael T. **MALONEY**, et al.,
Defendants, Appellees.

No. 03–1521.

United States Court of Appeals,
First Circuit.

July 27, 2004.

David E. Brown, on brief, pro se.

Nancy Ankers White, Special Assistant Attorney General, and Kevin A. Anahory, Legal Division, Department of Correction, on brief, for appellees.

Before TORRUELLA, Circuit Judge, STAHL, Senior Circuit Judge, and LYNCH, Circuit Judge.

PER CURIAM.

After carefully considering the briefs and record on appeal, we *affirm* for substantially the reasons stated by the district court. Among other considerations, the appellant failed to state a claim under the Americans with Disabilities Act and the Rehabilitation Act, 42 U.S.C. § 749; *Parker v. Universidad de Puerto Rico*, 225 F.3d 1, 4 (1st Cir.2000). The court did not abuse its discretion in denying his second motion to amend his complaint. *Mirpuri*

*v. ACT Mfg., Inc.,* 212 F.3d 624 (1st Cir. 2000).

*Affirmed.* 1st Cir. R. 27(c).